IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNIFIED MESSAGING SOLUTIONS LLC, § § Plaintiff, § § § v. § § FACEBOOK, INC., et al., § § Defendants. § § § | CASE NO. 6:11-cv-00120-LED JURY TRIAL DEMANDED |

## **FACEBOOK, INC.'S ANSWER TO COMPLAINT FOR PATENT INFRINGEMENT**

Defendant Facebook, Inc. ("Facebook") hereby submits the following Answer to the Complaint for Patent Infringement of Unified Messaging Solutions LLC ("UMS"):

### **PARTIES**

1. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

2. Facebook admits that it is a Delaware corporation with its principal place of business in Palo Alto, California. Facebook admits that it may be served with process through its registered agent, Corporation Service Company, 2711 Centerville Road Suite 400, Wilmington, Delaware 19808. Except as expressly admitted herein, Facebook denies the remaining allegations of this paragraph.

3. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

4. Facebook lacks sufficient information to form a belief as to the truth of the

allegations recited in this paragraph, and on that basis denies them.

5. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

6. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

7. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

8. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

9. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

10. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

11. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

12. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

13. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

14. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

15. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

16. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

17. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

18. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

19. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

20. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

21. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

22. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

23. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

24. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

25. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

26. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

27. Facebook lacks sufficient information to form a belief as to the truth of the

allegations recited in this paragraph, and on that basis denies them.

## JURISDICTION AND VENUE

28. Facebook admits that UMS alleges patent infringement under the patent laws of the United States, namely 35 U.S.C. §§ 271, 281, and 284-285, among others. Except as expressly admitted herein, Facebook denies the remaining allegations of this paragraph.

29. Facebook admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

30. Facebook admits that venue is authorized in this district under 28 U.S.C. §§ 1391(c) and 1400(b). Facebook denies that the Eastern District of Texas is a proper and convenient venue for this dispute. Except as expressly admitted herein, Facebook denies the remaining allegations of this paragraph.

31. Facebook admits that this Court has personal jurisdiction over Facebook. Except as expressly admitted herein, Facebook denies the remaining allegations of this paragraph.

## COUNT I

32. Facebook repeats its responses to paragraphs 1-31 as though fully set forth herein.

33. Facebook admits that the '074 patent is titled "Systems and Methods for Storing, Delivering, and Managing Messages," a copy of which was attached to the Complaint as Exhibit A. Except as expressly admitted herein, Facebook lacks sufficient information to form a belief as to the truth of the remaining allegations recited in this paragraph, and on that basis denies them.

34. Facebook denies the allegations of this paragraph.

35. Facebook denies that it has infringed or is infringing, either directly or indirectly, contributorily or by inducement any claim of the '074 Patent either literally or under the doctrine of equivalents. With respect to the allegations of this paragraph that relate to parties other than

Facebook, Facebook lacks sufficient information to form a belief as to the truth of those allegations, and on that basis denies them. Facebook denies all other allegations about Facebook recited in this paragraph.

36. Facebook denies that UMS is entitled to recover damages from Facebook. With respect to the allegations of this paragraph that relate to parties other than Facebook, Facebook lacks sufficient information to form a belief as to the truth of those allegations, and on that basis denies them. Facebook denies all other allegations about Facebook recited in this paragraph.

## **COUNT II**

37. Facebook repeats its responses to paragraphs 1-31 as though fully set forth herein.

38. Facebook admits that the '141 patent is titled "Systems and Methods for Storing, Delivering, and Managing Messages," a copy of which was attached to the Complaint as Exhibit B. Except as expressly admitted herein, Facebook lacks sufficient information to form a belief as to the truth of the remaining allegations recited in this paragraph, and on that basis denies them.

39. Facebook denies the allegations of this paragraph.

40. Facebook denies that it has infringed or is infringing, either directly or indirectly, contributorily or by inducement any claim of the '141 Patent either literally or under the doctrine of equivalents. With respect to the allegations of this paragraph that relate to parties other than Facebook, Facebook lacks sufficient information to form a belief as to the truth of those allegations, and on that basis denies them. Facebook denies all other allegations about Facebook recited in this paragraph.

41. Facebook denies that UMS is entitled to recover damages from Facebook. With respect to the allegations of this paragraph that relate to parties other than Facebook, Facebook lacks sufficient information to form a belief as to the truth of those allegations, and on that basis

denies them. Facebook denies all other allegations about Facebook recited in this paragraph.

## COUNT III

42. Facebook repeats its responses to paragraphs 1-31 as though fully set forth herein.

43. Facebook admits that the '306 patent is titled "Systems and Methods for Storing, Delivering, and Managing Messages," a copy of which was attached to the Complaint as Exhibit C. Except as expressly admitted herein, Facebook lacks sufficient information to form a belief as to the truth of the remaining allegations recited in this paragraph, and on that basis denies them.

44. Facebook denies the allegations of this paragraph.

45. Facebook denies that it has infringed or is infringing, either directly or indirectly, contributorily or by inducement any claim of the '306 Patent either literally or under the doctrine of equivalents. With respect to the allegations of this paragraph that relate to parties other than Facebook, Facebook lacks sufficient information to form a belief as to the truth of those allegations, and on that basis denies them. Facebook denies all other allegations about Facebook recited in this paragraph.

46. Facebook denies that UMS is entitled to recover damages from Facebook. With respect to the allegations of this paragraph that relate to parties other than Facebook, Facebook lacks sufficient information to form a belief as to the truth of those allegations, and on that basis denies them. Facebook denies all other allegations about Facebook recited in this paragraph.

## COUNT IV

47. Facebook repeats its responses to paragraphs 1-31 as though fully set forth herein.

48. Facebook admits that the '313 patent is titled "Systems and Methods for Storing, Delivering, and Managing Messages," a copy of which was attached to the Complaint as Exhibit D. Except as expressly admitted herein, Facebook lacks sufficient information to form a belief

as to the truth of the remaining allegations recited in this paragraph, and on that basis denies them.

49. Facebook denies the allegations of this paragraph.

50. Facebook denies that it has infringed or is infringing, either directly or indirectly, contributorily or by inducement any claim of the '313 Patent either literally or under the doctrine of equivalents. With respect to the allegations of this paragraph that relate to parties other than Facebook, Facebook lacks sufficient information to form a belief as to the truth of those allegations, and on that basis denies them. Facebook denies all other allegations about Facebook recited in this paragraph.

51. Facebook denies that UMS is entitled to recover damages from Facebook. With respect to the allegations of this paragraph that relate to parties other than Facebook, Facebook lacks sufficient information to form a belief as to the truth of those allegations, and on that basis denies them. Facebook denies all other allegations about Facebook recited in this paragraph.

## ALLEGED ILLUSTRATIVE INFRINGEMENTS

52. Facebook repeats its responses to paragraphs 1-51 as though fully set forth herein.

53. Facebook denies the allegations of this paragraph.

54. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

55. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

56. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

57. Facebook lacks sufficient information to form a belief as to the truth of the

allegations recited in this paragraph, and on that basis denies them.

58. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

59. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

60. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

61. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

62. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

63. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

64. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

65. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

66. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

67. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

68. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

69. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

70. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

71. Facebook lacks sufficient information to form a belief as to the truth of the allegations recited in this paragraph, and on that basis denies them.

**GENERAL DENIAL**

To the extent not expressly admitted above, the factual allegations contained in the Complaint are denied.

**UMS'S PRAYER FOR RELIEF**

Facebook incorporates by reference all preceding paragraphs of this Answer as if fully set forth herein. Facebook denies that UMS is entitled to any relief sought in UMS's Prayer for Relief against Facebook.

**AFFIRMATIVE DEFENSES**

As further answer and as affirmative defenses, and without altering any burden of proof, Facebook alleges the following:

**FIRST AFFIRMATIVE DEFENSE – NON-INFRINGEMENT**

1. Facebook does not infringe and has not infringed, directly or indirectly, any valid claim of the Asserted Patents.

**SECOND AFFIRMATIVE DEFENSE – INVALIDITY**

2. One or more of the claims of the Asserted Patents are invalid for failure to satisfy the conditions of patentability set forth in 35 U.S.C. § 101 *et seq*.

### THIRD AFFIRMATIVE DEFENSE – FAILURE TO STATE A CLAIM

3. UMS's Complaint fails to state a claim upon which relief can be granted.

### FOURTH AFFIRMATIVE DEFENSE – PROSECUTION HISTORY ESTOPPEL

4. UMS is barred or limited from recovery in whole or in part by the doctrine of prosecution history estoppel.

### FIFTH AFFIRMATIVE DEFENSE – LIMITATION ON DAMAGES

5. UMS is barred or limited from recovery under 35 U.S.C. §§ 286-287.

### SIXTH AFFIRMATIVE DEFENSE – NO INJUNCTIVE RELIEF

6. UMS's demand to enjoin Facebook is barred, as UMS has suffered neither harm nor irreparable harm from Facebook's actions.

### SEVENTH AFFIRMATIVE DEFENSE – IMPROPER JOINDER

7. On information and belief, some or all of the defendants have been improperly joined in a single action, and Facebook asserts its right to a separate trial.

### OTHER AFFIRMATIVE DEFENSES

8. Facebook reserves the right to assert additional affirmative defenses during or upon the completion of discovery.

Dated: May 13, 2011            Respectfully submitted,

By:    /s/   Deron R. Dacus
       Deron R. Dacus
       State Bar No. 00790553
       RAMEY & FLOCK, P.C.
       100 E. Ferguson, Suite 500
       Tyler, Texas 75702
       Phone: (903) 597-3301
       Fax: (903) 597-2413
       derond@rameyflock.com

*Attorneys for Defendant Facebook, Inc.*

OF COUNSEL:

COOLEY LLP

Heidi L. Keefe
Mark R. Weinstein
Sudhir A. Pala
3175 Hanover Street
Palo Alto, CA 94304-1130
Phone: (650) 843-5000
hkeefe@cooley.com
mweinstein@cooley.com
spala@cooley.com

Michael G. Rhodes (*pro hac vice*)
101 California St., 5th Floor
San Francisco, California 94111
Tel: (415) 693-2000
mrhodes@cooley.com

*Attorneys for Defendant
Facebook, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 13th day of May, 2011.

                /s/ Deron R. Dacus
                Deron R. Dacus

939768 v2/HN