## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6286 (12 C 6291) | **DATE** | 1/8/2013 |
| **CASE TITLE** | In Re: Unified Messaging Solutions, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation [275], all claims between plaintiff and defendant Facebook, Inc., are dismissed with prejudice, and Facebook, Inc. is dismissed as a party in this case, with each party to bear its own costs and fees.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|