# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6286 (12 C 6291) | **DATE** | 2/5/2013 |
| **CASE TITLE** | In Re: Unified Messaging Solutions, LLC Patent Litigation | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation [305], all claims and counterclaims between plaintiff and defendant LinkedIn Corporation, are dismissed with prejudice, and LinkedIn Corporation is dismissed as a party in this case, with each party to bear its own costs and fees.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|